UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS C. WILLIAMS,<br><br>        Petitioner,<br><br>    v.<br><br>TIM PEREZ, Acting Warden, California Institute of Men,<br><br>        Respondent. | No. CV 14-1461 RT (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.[1]

---

[1] Petitioner has been relocated and is now detained at the California Institute for Men in Chino, California. The Acting Warden of California Institute for Men is Tim Perez. The Amended Petition names Warden Sandra Penneywell of North Kern State Prison as a Respondent. In the Motion to Dismiss Amended Petition, respondent requests that Ms. Penneywell be dismissed as a respondent because the proper respondent is Acting Warden Tim Perez, who is the "person who has custody over [the Petitioner]." 28 U.S.C. § 2242. Substitution of the proper party is authorized by Federal Rule of Civil Procedure 25(d). There has been no objection by the petitioner to such a dismissal and substitution. Accordingly, the court GRANTS respondent's request, and DISMISSES Sandra Penneywell and substitutes Tim Perez, Acting Warden of California Institute of Men as the proper respondent in the petition.

1  IT THEREFORE IS ORDERED that Respondent Tim Perez's motion to dismiss is
2  GRANTED and that Judgment be entered dismissing the Petition without prejudice.

4  DATED: January 6, 2015

ROBERT J. TIMLIN

ROBERT J. TIMLIN
United States District Judge

2