JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS C. WILLIAMS, | No. CV 14-1461 RT (FFM) |
|     Petitioner, | |
|     v. | JUDGMENT |
| TIM PEREZ, Acting Warden, California Institute of Men, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 6, 2015

ROBERT J. TIMLIN

ROBERT J. TIMLIN
United States District Judge